**SCHNEIDERS & ASSOCIATES, L.L.P.**
By:   Kathleen J. Smith (State Bar No. 117312)
300 E. Esplanade Drive, Ste. 1980
Oxnard, California   93036
(805) 764-6370
(805) 981-1133 (fax)
E-Mail:  ksmith@rstlegal.com

Attorneys for Plaintiff, Lauren Paffrath

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LAUREN PAFFRATH | CASE NO. |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF INTERESTED PARTIES |
| THE LAMPO GROUP, LLC DBA RAMSEY SOLUTIONS | |
| Defendants. | |

The undersigned, counsel of record for Lauren Paffrath certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

/ / /

/ / /

NOTICE OF INTERESTED PARTIES
1

1. Plaintiff Lauren Paffrath, an individual

2. Defendant The Lampo Group DBA Ramsey Solutions

Dated: November 25, 2019

                                                      Respectfully Submitted

_____/S/_____
By:  Kathleen J. Smith
Schneiders & Associates, L.L.P.
300 E. Esplanade Drive Suite 1980
Oxnard, CA 93036
Tel: 805-764-6370
Fax: 805-981-1133
ksmith@rstlegal.com

CERTIFICATE OF SERVICE

I certify that on November 22, 2019, I electronically filed a true and correct copy of the foregoing with the U.S. District Court for the Central District of California through the Courts Electronic Case Filing System, and served the foregoing by emailing a copy to R. Brandon Bundren (bbundren@bradley.com)

      Bradley Arant Boult Cummings, LLP

      Counsel for Defendant The Lampo Group, LLC

 

                                       _____
                                       By: Kathleen J. Smith
                                       (ksmith@rstlegal.com)
                                       Law Office of Schneiders & Associates, L.L.P.
                                       Counsel for Plaintiff, Lauren Paffrath